DANIEL M. DAVIS (SBN 065589)
Attorney at Law
816 Alhambra Boulevard
Sacramento, California 95816
Telephone: (916) 441-4586

Attorney for Defendant PEDRO QUINTERO


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:08-CR-00428-LKK |
| Plaintiff, | **STIPULATION AND ORDER REQUESTING CONTINUANCE OF STATUS CONFERENCE AND EXCLUSION OF TIME** |
| v. | Date: December 8, 2008<br>Time: 1:30 P.M..<br>Judge: Hon. Lawrence K. Karlton |
| PEDRO QUINTERO, | |
| Defendant. | |

It is hereby stipulated between the parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Jason Hitt, and Defendant Pedro Quintero, through his attorney Daniel M. Davis, as follows:

It is agreed that the current status conference date of November 17, 2008 at 1:30 p.m. be vacated and a new Status Conference date of December 8, 2008 at 1:30 p.m. be set.

The continuance is necessary because defense counsel is currently reviewing the discovery in this case, conducting

investigation, and discussing plea options with the government. The defense needs additional time to discuss the case the the client.

For all of these reasons, the parties jointly request a new status conference date, and that the time period from November 17, 2008 to and including December 8, 2008 be excluded under the Speedy Trial Act pursuant to 18 U.S.C. Section 3161(h)(8)(B)(iv) and Local Code T4 for defense preparation and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and defendant in a speedy trial.

Respectfully submitted,


Dated: November 11, 2008   /s/ DANIEL M. DAVIS for
                           JASON HITT
                           Assistant U.S. Attorney

Dated: November 11, 2008   /s/ Daniel M. Davis
                           DANIEL M. DAVIS
                           Attorney for PEDRO QUITERO


**ORDER**

IT IS SO ORDERED:

Dated: November 14, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2